UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
GREATER NEW YORK MUTUAL INSURANCE COMPANY,

Docket No. 2:18-CV-01920 WHW-CLW

Plaintiff,

- against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY and ASHBROOK MANOR ASSOCIATES LLC,

**STIPULATON AND ORDER OF DISMISSAL**

Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action against the defendants are hereby voluntarily dismissed with prejudice and without costs, fees or expenses.

Dated: July 28, 2021
New York, New York

**MARSHALL CONWAY & BRADLEY, P.C.**
*Attorneys for Defendant*
*Philadelphia Insurance Company*

*Christopher Bradley*
By: Christopher Bradley
2500 Plaza 5 Harborside Financial Center
Jersey City, New Jersey 07311
(201) 521-3170

**BRILL & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
*Greater New York Mutual Insurance Company*

*Haydn J. Brill*
By: Haydn J. Brill
111 John Street, Suite 1070
New York, New York 10038
(212) 374-9101

So ORDERED on 9/19/2022:

_____
JULIEN XAVIER NEALS
United States District Judge